DOUGLAS Q. HAHN, SBN 257559
  dhahn@stradlinglaw.com
AHMAD S. TAKOUCHE, SBN 322911
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH PC
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant and Counter-Claimant,
IMPACT IMAGES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARAVAN CANOPY INT'L, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPACT IMAGES, INC., a California corporation,<br><br>Defendant.<br><br>IMPACT IMAGES, INC., a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>CARAVAN CANOPY INT'L, INC., a California corporation,<br><br>Counter-Defendant | CASE NO. 8:23−cv−00345−JAK−MRW<br><br>Honorable John A. Kronstadt<br><br>**DEFENDANT AND COUNTER-CLAIMANT IMPACT IMAGES, INC.'S NOTICE OF LODGING CLAIM CONSTRUCTION PRESENTATION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: February 27, 2023 |

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

4888-4255-5790v1/104479-0013

Pursuant to S.P.R. 3.5, Defendant and Counter-Claimant, Impact Images, Inc. hereby lodges with the Court its Presentation Materials for the December 4, 2023 Markman Hearing.

Dated: November 6, 2023

STRADLING YOCCA CARLSON & RAUTH, PC

By: */s/ Douglas Q. Hahn*
    Douglas Q. Hahn
    Ahmad S. Takouche

Attorneys for Defendant and Counter-Claimant IMPACT IMAGES, INC.